## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

Bree Smith Friedrichs

        Plaintiff  Case No.: 3:25−cv−01494

v.

            Judge Eli J. Richardson

Scripps Media, Inc.

        Defendant Magistrate Judge Barbara D. Holmes

### NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE

   Notice is hereby given that an Initial Case Management Conference ("ICMC") is scheduled on 5/19/2026 at 10:00 AM. Unless otherwise ordered, all ICMCs will be conducted by telephone. Participants are directed to call **1−855−244−8681, access code 2300 984 3452#** to participate.

   **Lead trial counsel for each party** is required to participate in the ICMC unless otherwise ordered. Appearance by counsel at the ICMC will not be deemed to waive any defenses to personal jurisdiction. Counsel must have their calendars available during the ICMC.

   **If all parties have not been served or have not answered or otherwise responded** prior to the ICMC date, counsel for the filing or removing party is responsible for **moving to reschedule the ICMC.** The motion to reschedule must be filed **at least 7 days** before the scheduled ICMC date.

   **Counsel for all parties must**, at the initiative of plaintiff's counsel or the removing party's counsel, prepare a joint proposed Initial Case Management Order ("ICMO"), which must be filed at least **three (3) business days** before the ICMC. **Counsel must utilize the appropriate form ICMO** (most closely corresponding to the nature of the case) **found under the link to Judge Holmes on the Court's website** with the designated provisions for the assigned District Judge. **Because Judge Holmes' forms include all required procedures of the assigned District Judge, no incorporation of any other form ICMO is necessary.** Additionally, Judge Holmes' forms are updated periodically, and **counsel must therefore use the form ICMO from the website, not a form previously used.**

   **In Addition**, the proposed ICMO must be separately emailed in Word format to the Courtroom Deputy at the following email address: TNMDdb_JudgeHolmesChambers@tnmd.uscourts.gov.

   **Pursuant to Local Rules 16.01(e)(2),** counsel for the party initiating this lawsuit must (i) serve a copy of this notice on the other parties to this lawsuit with the summons and complaint or with the request for waiver of service of process under Fed.R.Civ.P. 4(d), or (ii) with the service copy of the notice of removal.

               CLERK'S OFFICE
               Middle Districe of Tennessee