IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Bree Smith Friedrichs, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:25-cv-01494 |
| ) | |
| Scripps Media, Inc. d/b/a/ WTVF ) | |
| News Channel 5, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Scripps Media, Inc. d/b/a WTVF News Channel 5 ("Scripps" or "Defendant"), by and through the undersigned counsel, respectfully moves the Court for an order granting an extension of time within which to file a responsive pleading to Plaintiff's Complaint [Dkt. No. 1].

As grounds for this Motion, Defendant states as follows:

1. Plaintiff filed her Complaint on December 29, 2025. [Dkt. No. 1].

2. Defendant was served with the Complaint on January 5, 2026, resulting in a responsive pleading being due January 26, 2026.

3. The initial case management conference for this matter has been scheduled for May 19, 2026, at 10:00 a.m. [Dkt. No. 6].

4. Defendant respectfully requests an extension until March 30, 2026 to file a responsive pleading.

5. The requested extension is necessary due to: (1) the large volume of filings, hearings and a scheduled trial in another ongoing litigation that Defendant's counsel is handling; (2) pre-scheduled travel of Defendant's counsel, including travel out of the country; and (3) the

extensive factual allegations contained in the Complaint requiring substantial investigation in order to fully respond to the Complaint.

6. Counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose this requested extension.

7. This motion is submitted in good faith to allow Defendant adequate time to fully address Plaintiff's allegations and claims as set forth in the Complaint and not for purposes of delay.

8. This extension will not affect any other deadlines as the Court has not yet entered an Scheduling Order and the initial case management conference is not scheduled to take place until May 19, 2026. [Dkt. No. 6].

WHEREFORE, Defendant respectfully requests that the Court extend its deadline for filing a responsive pleading to Plaintiff's Complaint until March 20, 2026.

Date: January 15, 2026                                            Respectfully submitted,

*s/Mary Dohner Smith*
Mary Dohner Smith, TN BPR #021451
mdohner@constangy.com
Rachael Rustmann, TN BPR #037432
rrustmann@constangy.com
**Constangy, Brooks, Smith & Prophete, LLP**
Highland Ridge 2
555 Marriott Drive, Suite 315
Nashville, TN 37214
Phone: (615) 340-3804

*Attorneys for Defendant Scripps Media, Inc. d/b/a WTVF News Channel 5*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 15th day of January 2026, I electronically filed the foregoing DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT with the Clerk of the Court, which will send electronic notification of such filing to the following:

John T. Spragens
john@spragenslaw.com
David O. Kieley
dave@spragenslaw.com
Sragens Law PLC
915 Rep. John Lewis Way South
Suite 100
Nashville, TN 37203
(615) 983-8900

                                                           *s/ Mary Dohner Smith*
                                                           Mary Dohner Smith

Page **3** of **3**

Case 3:25-cv-01494　　Document 8　　Filed 01/15/26　　Page 3 of 3 PageID #: 46