IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BREE SMITH FRIEDRICHES ) | |
| ) | Case No. 3:25-cv-01494 |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Holmes |
| SCRIPPS MEDIA, INC. d/b/a WTVF ) | |
| NEWS CHANNEL 5 ) | |

## O R D E R

Pending before the Court is the motion (Docket Entry No. 8 of Defendant Scripps Media, Inc. d/b/a WTVF News Channel for an extension of time to answer or otherwise respond to the complaint. The motion is represented to be unopposed and is therefore **GRANTED**. The time for Defendant to answer or otherwise respond to the complaint is extended to **March 30, 2026.**

It is **SO ORDERED**.

Signed By:

*J. Gregory Wehrman*

**United States Magistrate Judge**