# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| Bree Smith Friedrichs, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:25-cv-01494 |
| | ) | |
| Scripps Media, Inc. d/b/a/ WTVF | ) | |
| News Channel 5, | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Enclosed are the following Exhibits in Support of Defendant's Memorandum of Law in Support of its Motion to Dismiss:

Exhibit A – Anti-Harassment Policy

Exhibit B – Plaintiff's Charge of Discrimination

Date: March 27, 2026

Respectfully submitted,

*s/Rachael Rustmann*
Mary Dohner Smith, TN BPR #021451
mdohner@constangy.com
Rachael Rustmann, TN BPR #037432
rrustmann@constangy.com
**Constangy, Brooks, Smith & Prophete, LLP**
Highland Ridge 2
555 Marriott Drive, Suite 315
Nashville, TN 37214
Phone: (615) 340-3804

*Attorneys for Defendant Scripps Media, Inc. d/b/a WTVF News Channel 5*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of March 2026, I electronically filed the foregoing EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS with the Clerk of the Court, which will send electronic notification of such filing to the following:

John T. Spragens
john@spragenslaw.com
David O. Kieley
dave@spragenslaw.com
Spragens Law PLC
915 Rep. John Lewis Way South
Suite 100
Nashville, TN 37203
(615) 983-8900

*s/ Rachael Rustmann*
Rachael Rustmann

2