EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>494-2025-02718 |
|---|---|---|

Tennessee Human Rights Commission _____ and EEOC
*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)*<br>Bree Friedrichs | Home Phone *(Incl. Area Code)* ▮▮▮ | Date of Birth ▮▮▮ |
|---|---|---|
| Street Address ▮▮▮ | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name<br>WTVF NewsChannel 5 | No. Employees, Members<br>75+ | Phone No. (Incl. Area Code)<br>(615) 244-5000 |
|---|---|---|
| Street Address<br>474 James Robertson Pkwy, Nashville, TN 37219 | City, State and ZIP Code | |

| Name<br>The E.W. Scripps Company | No. Employees, Members<br>5,000+ | Phone No. (Incl. Area Code)<br>(513) 977-3000 |
|---|---|---|
| Street Address<br>312 Walnut St, Ste 2800, Cincinnati, OH 45202 | City, State and ZIP Code | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/7/2017  Latest: 12/1/2024
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

## I. Overview of Allegations

1. E.W. Scripps Company d/b/a WTVF NewsChannel 5 engaged in a continuing pattern and practice of sex-based discrimination and retaliation whereby a male employee directed obscene behavior toward female colleagues without discipline; I was routinely asked to work extremely long hours and was denied sick leave to make up for male colleagues' frequent, sometimes unexplained absences; and complaints to management were met with deceit and retaliation. Up to my departure in January 2025, NewsChannel 5 discriminated and retaliated against me in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621 et seq., and the Tennessee Human Rights Act and Disability Act, Tenn. Code Ann. § 4-21-101 et seq.

## II. Employment History

2. I joined WTVF NewsChannel 5 in 2016 as an experienced broadcast meteorologist and worked there until this January, when I declined to renew my contract. I had earned my meteorology degree with honors, began broadcasting in Baton Rouge and spent five years on-air in St. Louis, earning a Weathercast Certificate of Merit from the Missouri Broadcasters Association in 2015. On October 13, 2022, I was awarded "Best TV News Personality" by the Nashville Scene magazine.

## III. Gender and Age Discrimination

3. A subordinate and less-qualified male colleague, Henry Rothenberg, was permitted to direct sexist, abusive behavior toward women at NewsChannel 5 up to my departure in January 2025. In early 2017, Mr. Rothenberg told me that, "You only got your

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>March 27, 2025<br>*Date*<br><br>*Bree Friedrichs*<br>Bree Friedrichs (Mar 27, 2025 14:45 CDT)<br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

RECEIVED MAR 3 1 2025 U.S. EEOC Nashville Area Office Nashville, TN

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Tennessee Human Rights Commission                                                                    and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

job because of your tits." In 2019, Mr. Rothenberg repeatedly called another female meteorologist a "bitch" to her face and in front of her peers at a nationwide conference, and to a consultant visiting the station. During a broadcast on March 9, 2019, Mr. Rothenberg made comments to the same colleague regarding her menstrual cycle and seeing her naked. He said to another NewsChannel 5 manager, "I won't hit a woman, but I will hit a bitch." In July 2022, he called a female meteorologist a "bimbo" on a hot microphone and later said he would "push her off a cliff" but for her "floatation devices," i.e., breasts. Around the same time, he sabotaged weather graphics that I had prepared for broadcast, and threatened retaliation against whomever reported him to HR. To this day, he possesses nude photos of a female colleague which he routinely shows to new hires. He has also sent "cam porn" videos to at least one employee of NewsChannel 5.

4. Beginning in 2020 and 2021, NewsChannel 5 added more and more job duties to my plate, including co-writing the weather team schedule, but provided no more support. At management's request, I helped recruit another female meteorologist from out of state, leaving me leading a five-person team that included Employee # 1. From that point until my departure in January 2025, he displayed a consistently condescending attitude toward me—frequently interrupting me, ignoring my instructions during demanding severe-weather broadcasts, and generally resisting my efforts to coordinate us as a team. I began to experience tightness in my chest as a result of stress. I asked management for more help, but received none.

5. NewsChannel 5 not only failed to discipline male employees engaged in sexual harassment—it held those men to lower standards and demanded that women pick up the slack. Mr. Rothenberg, for example, has made numerous, failed attempts to obtain the American Meteorological Society and National Weather Association credentials that I hold. During a deadly March 3, 2020 tornado, Mr. Rothenberg was the only member of the weather team not working overtime, because he lacked the basic ability to monitor weather radar. As I struggled to continue coverage using computers and monitors that were malfunctioning due to the storm, Mr. Rothenberg left the studio and was gone for two days without explanation. I continued broadcasting until 5 a.m.—working on-air for 16 straight hours. In March 2023, Mr. Rothenberg was found lying on the floor crying during a severe weather broadcast. The station called me while I was on a family vacation in St. Louis, and I had to attempt to broadcast weather alerts from a hotel room, using only my cell phone. NewsChannel 5 permitted Mr. Rothenberg to repeatedly lie about family emergencies and call in sick at such times that he would force a female colleague to cover his shifts. On one occasion, he lied about his father dying—then sent colleagues a photo of himself enjoying whiskey on the couch with his father, who was not hospitalized. In contrast, when I alerted management on December 22, 2021 that I was positive for COVID, I was required to broadcast for 12 hours a day from my basement while Mr. Rothenberg—also sick with COVID—was not required to work.

6. In August 2023, a male anchor slept through his evening broadcast and compromised my ability to warn viewers of approaching severe weather. It was the first of numerous instances of this male anchor oversleeping, showing up late for newscasts, and failing to return to work when expected. He faced no consequences—and continued to receive a higher salary than his female counterparts, who bear more responsibilities and perform their job duties with excellence.

7. I and my female colleagues were, up to an including the time of my departure, disproportionately scrutinized in regard to our conduct and physical appearance. I and other women at NewsChannel 5 were required to wear fake eyelashes and to meet with style consultant Patti Shyne, who took us on shopping trips during which she criticized and discussed the women's bodies inappropriately. During these trips, News Director Sandy Boonstra would follow myself and other women employees into the dressing room area and request that we show her what we'd been instructed to try on. I found the encounters with Ms. Shyne so demeaning that I began crying during one such session. I shared this with Ms. Boonstra and requested not to have future sessions with Ms. Shyne, but that request was denied and I was required to meet with Ms. Shyne again only hours later.

(Continued on Attached Page.)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>*Bree Friedrichs*<br>Bree Friedrichs (Mar 27, 2025 14:45 CDT)<br><br>March 27, 2025          _____<br>Date                              *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Print Form

8. NewsChannel 5's interest in women's bodies did not, however, extend to our physical health or safety. Early in 2024, I—a longtime asthma sufferer—suffered from a respiratory illness for three months exacerbated by poor air quality caused by deep cleaning of pipes in the studio. My doctor recommended that I work in a facility with better air quality. My request for a relatively inexpensive $600 HEPA air filter for the studio was denied, even while NewsChannel 5 and Scripps completed a million-dollar renovation to their building.

9. In October 2024, a viewer and apparent stalker emailed me sexually suggestive "deepfake" images and a pornographic video that had been digitally altered to include my face in violation of federal law. I promptly and repeatedly asked management to take some action to have the photos and video taken down or to prosecute the creator. NewsChannel 5 and Scripps effectively took no action, leaving me to deal with the deepfake pornographic video and potential stalker alone. My doctor soon insisted I take short-term disability leave due to worsening depression, anxiety, and insomnia, noting that I had experienced sexual harassment and a stressful work environment.

## IV. Retaliation

10. When I or other women at NewsChannel 5 reported the sex discrimination that was rampant at the station, we were retaliated against or threatened with retaliation—both by management and Mr. Rothenberg. Early on, when I reported Mr. Rothenberg's misconduct to NewsChannel 5 managers Michelle Bonnett and Sandy Boonstra, no action was taken. Ms. Bonnett repeatedly said she just "needs a warm body in the building," and on one occasion said NewsChannel 5 could not hire "another Henry."

11. In July 2022, after multiple complaints, Ms. Boonstra and Ms. Bonnett assured me that a "neutral third party" would investigate the sexual harassment complaints about Mr. Rothenberg. The investigator, Katie Ford, also assured me that she was impartial. I later learned she was in fact an E.W. Scripps employee. In August, Ms. Ford informed me that the investigation had concluded. Mr. Rothenberg would remain at NewsChannel 5, and I was told that my and another colleague's "complacency in reporting" his offensive conduct somehow prevented management from disciplining him. In separate conversations, station management advised both me and the other woman not to discuss future incidents involving Mr. Rothenberg—either between ourselves or to Scripps' corporate offices—but instead to report them only to station management.

12. In the wake of the investigation, management decreased my managerial duties and subjected me to increased scrutiny: I was no longer permitted to co-write the team schedule, and was now required to submit a written agenda for my regularly scheduled work-from-home Fridays. My role in coordinating community events was taken, and I was newly required to be in the station and on-air on Fridays. Ms. Boonstra and Ms. Bonnett took me to lunch and told me that everyone on the weather team needed to assume the best of one another. Because they did not have similar conversations with any other members of the team, I took their words as singling me out to discourage any future complaints.

13. Over the years, Mr. Rothenberg also implied that he would personally retaliate against anyone who reported him to Human Resources. He warned one female coworker that he had shared certain personal information only with her, so that if the information came up in a future HR complaint, he would know she had reported him. Management consistently rewarded his behavior—paying to send him as station representative to the same conference where he'd earlier made sexist remarks about my coworker, and in 2023 naming him to lead NewsChannel 5's Diversity, Equity and Inclusion (DEI) program—sending a crystal-clear message to women at the station that sexist behavior like his would be both tolerated and rewarded.

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.