# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **Bree Smith Friedrichs,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 3:25-cv-01494** |
| | ) | |
| **Scripps Media, Inc. d/b/a/ WTVF** | ) | |
| **News Channel 5,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## BUSINESS ENTITY DISCLOSURE STATEMENT
### (Disclosure of corporate affiliations and financial interests)

To provide the disclosures required by Fed. R. Civ. P.7.1(a), and in compliance with the provisions of Local Rule 7.02, including for determination of judicial conflicts, the Business Entity Disclosure Statement is filed by **Defendant Scripps Media, Inc. d/b/a WTVF News Channel 5**.

The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of **Delaware** with a principal place of business in the state of **Ohio.**

2. This party or intervenor is a privately held corporation, incorporated in the state of _____ with a principal place of business in the state of _____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

_____

3. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

__X___YES _____ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

**Scripps Media, Inc. d/b/a WTVF News Channel 5 is a wholly owned subsidiary of The E.W. Scripps Company.**

14356514v1

4.      Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

    X   YES            ____ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

**Affiliated corporations of Scripps Media, Inc. d/b/a WTVF News Channel 5 include the other direct, wholly owned subsidiaries of The E.W. Scripps Company: ION Media Networks, Inc., a Florida corporation; Scribion Broadcast Holdings, Inc., a Georgia Corporation; and Scripps National Spelling Bee, Inc., an Ohio corporation. No publicly held corporation owns 10% or more of the stock of The E.W. Scripps Company.**

5.      Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

    _____YES            X   NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____

6.      If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____

**Provide any additional pertinent information on attached page(s).**

Date: March 30, 2026          Signature: */s/ Rachael Rustmann*

                              Printed Name: Rachael Rustmann

                              Title: Attorney for Defendant

14356514v1

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a copy of the foregoing **BUSINESS ENTITY DISCLOSURE** was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Plaintiff as listed below:

John T. Spragens
john@spragenslaw.com
David O. Kieley
dave@spragenslaw.com
Spragens Law PLC
915 Rep. John Lewis Way South
Suite 100
Nashville, TN 37203
(615) 983-8900


*/s/ Rachael Rustmann*
Rachael Rustmann