# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee  ▼

| | | |
|---|---|---|
| Bree Smith Friedrichs,<br>*Plaintiff* | )<br>) | |
| v. | ) | Case No.   3:25-cv-01494 |
| Scripps Media, Inc. d/b/a WTVF News Channel  5,<br>*Defendant* | )<br>)<br>) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Defendant Scripps Media, Inc. d/b/a WTVF New Channel 5                                                                    .

Date:      03/30/2026

s/ Rachael Rustmann
*Attorney's signature*

Rachael Rustmann, TN BPR No. 037432
*Printed name and bar number*
Constangy, Brooks, Smith & Prophete, LLP
Highland Ridge 2
555 Marriott Drive, Ste. 315
Nashville, TN 37214

*Address*

rrustmann@constangy.com
*E-mail address*

(615) 340-3805
*Telephone number*

*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of March 2026, I electronically filed the foregoing NOTICE OF APPEARANCE OF RACHAEL RUSTMANN FOR DEFENDANT SCRIPPS MEDIA, INC. d/b/a WTVF NEWS CHANNEL 5  with the Clerk of the Court, which will send electronic notification of such filing to the following:

John T. Spragens
john@spragenslaw.com
David O. Kieley
dave@spragenslaw.com
Spragens Law PLC
915 Rep. John Lewis Way South
Suite 100
Nashville, TN 37203
(615) 983-8900

*s/ Rachael Rustmann*
Rachael Rustmann