# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

BREE SMITH FRIEDRICHS,

      Plaintiff,

v.

SCRIPPS MEDIA, INC. d/b/a WTVF NEWSCHANNEL 5,

      Defendant.

**Case No. 3:25-cv-01494**
**Judge Richardson**
**Magistrate Judge Holmes**

**Jury Demand**

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Bree Smith Friedrichs respectfully requests pursuant to Local Rule 7.01(a)(3) that the Court extend the fourteen-day timeline for Plaintiff to respond to Defendant's Motion to Dismiss (Dkt. 10) by one week, thereby moving the Response deadline from its current date of April 10, 2026, to April 17, 2026.

As good cause for the motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint on December 29, 2025. (Dkt. 1).

2. At Defendant's request, and without opposition from Plaintiff, Defendant's responsive pleading deadline was moved from January 26, 2026, to March 30, 2026. (Dkt. 8, 9).

3. The initial case management conference for this matter has been scheduled for May 19, 2026, at 10:00 a.m. (Dkt. No. 6).

4. The requested extension is necessary due to: (1) the extent, number, and complexity of the issues raised in Defendant's dispositive motion; (2) the large number of depositions Plaintiff's counsel is currently handling in separate litigation

5. Counsel for Plaintiff has conferred with counsel for Defendant, who does not oppose this requested extension.

6. This motion is submitted in good faith to allow Plaintiff adequate time to fully address Defendant's arguments as set forth in the Motion to Dismiss and not for purposes of delay.

7. This extension will not affect any other deadlines as the Court has not yet entered a Scheduling Order and the initial case management conference is not scheduled to take place until May 19, 2026. (Dkt. No. 6).

WHEREFORE, Plaintiff respectfully requests that the Court extend its deadline for filing a Response to Defendant's Motion until April 17, 2026.

Dated: April 7, 2026

Respectfully submitted,

_____
John Spragens, TN Bar No. 31445
David Kieley, TN Bar No. 31188
**Spragens Law PLC**
915 Rep. John Lewis Way S.,
Suite 100
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533

*Counsel for Plaintiff Bree Friedrichs*

Mary Dohner Smith, TN Bar No. 21451
Rachael Rustmann, TN BPR No. 037432
mdohner@constangy.com
rrustmann@constangy.com
**Constangy, Brooks, Smith**
**& Prophete, LLP**
Highland Ridge 2
555 Marriott Drive, Suite 315
Nashville, TN 37214
Phone: (615) 340-3804

*Attorneys for Defendant Scripps Media, Inc.*
*d/b/a WTVF News Channel 5*

### CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of April 2026, I electronically filed the foregoing Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss via the Court's electronic filing system, which will send electronic notification of such filing to the following:

Mary Dohner Smith, TN Bar No. 21451
Rachael Rustmann, TN BPR No. 037432
mdohner@constangy.com
rrustmann@constangy.com
**Constangy, Brooks, Smith**
**& Prophete, LLP**
Highland Ridge 2
555 Marriott Drive, Suite 315
Nashville, TN 37214
Phone: (615) 340-3804

*Attorneys for Defendant Scripps Media, Inc. d/b/a WTVF News Channel 5*

John Spragens