**ORDER**

The unopposed Motion (Doc. No. 15) is GRANTED.

*Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| BREE SMITH FRIEDRICHS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCRIPPS MEDIA, INC. d/b/a WTVF NEWSCHANNEL 5,<br><br>　　　　Defendant. | **Case No. 3:25-cv-01494**<br>**Judge Richardson**<br>**Magistrate Judge Holmes**<br><br>**Jury Demand** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Bree Smith Friedrichs respectfully requests pursuant to Local Rule 7.01(a)(3) that the Court extend the fourteen-day timeline for Plaintiff to respond to Defendant's Motion to Dismiss (Dkt. 10) by one week, thereby moving the Response deadline from its current date of April 10, 2026, to April 17, 2026.

As good cause for the motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint on December 29, 2025. (Dkt. 1).

2. At Defendant's request, and without opposition from Plaintiff, Defendant's responsive pleading deadline was moved from January 26, 2026, to March 30, 2026. (Dkt. 8, 9).

3. The initial case management conference for this matter has been scheduled for May 19, 2026, at 10:00 a.m. (Dkt. No. 6).

4. The requested extension is necessary due to: (1) the extent, number, and complexity of the issues raised in Defendant's dispositive motion; (2) the large number of depositions Plaintiff's counsel is currently handling in separate litigation