**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| BREE SMITH FRIEDRICHS, | Case No. 3:25-cv-01494 |
| Plaintiff, | Judge Eli J. Richardson |
| v. | Magistrate Judge Barbara D. Holmes |
| SCRIPPS MEDIA, INC. d/b/a WTVF NEWSCHANNEL 5, | JURY DEMAND |
| Defendant. | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO
## DEFENDANT'S MOTION TO DISMISS

Plaintiff Bree Smith Friedrichs ("Plaintiff") respectfully submits this response in opposition to Defendant Scripps Media, Inc. d/b/a WTVF NewsChannel 5's ("Defendant") Motion to Dismiss (Dkt. 10).

Defendant's motion should be denied as moot without prejudice to refile. Plaintiff filed her Complaint on December 29, 2025. (Dkt. 1.) Defendant filed an Unopposed Motion for Extension of Time to File Answer on January 15, 2026 (Dkt. 8), and filed the instant Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 27, 2025 (Dkt. 10). Plaintiff filed an unopposed motion for an extension of time to respond to the Motion to Dismiss (Dkt. 15), which was granted on April 9, 2026 (Dkt. 16). Plaintiff then filed an Amended Complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B) on April 17, 2026. (Dkt. 17.)

The filing of Plaintiff's timely Amended Complaint renders Defendant's Motion to Dismiss moot. *See Frederick v. Wyndham Vacation Ownership, Inc.*, No. 3:24-CV-00528, 2024 WL 3955450, at *1 (M.D. Tenn. Aug. 27, 2024) (terminating motion without prejudice to refiling

as to the amended complaint) (citing *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000)).

Accordingly, Plaintiff respectfully requests that the Court deny as moot Defendant's Motion to Dismiss and allow Defendant the opportunity to respond by pleading or motion to the operative Amended Complaint.

Dated: April 17, 2026                                  Respectfully submitted,

John Spragens, TN Bar No. 31445
David Kieley, TN Bar No. 31188
Spragens Law PLC
915 Rep. John Lewis Way S., Suite 100
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533

*Counsel for Plaintiff Bree Friedrichs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of April 2026, I electronically filed the foregoing

Response in Opposition to Defendant's Motion to Dismiss via the Court's electronic filing system,

which will send electronic notification of such filing to the following:

Mary Dohner Smith, TN Bar No. 21451
Rachael Rustmann, TN BPR No. 037432
mdohner@constangy.com
rrustmann@constangy.com
Constangy, Brooks, Smith
& Prophete, LLP
Highland Ridge 2
555 Marriott Drive, Suite 315
Nashville, TN 37214
Phone: (615) 340-3804

*Attorneys for Defendant Scripps Media, Inc. d/b/a WTVF News Channel 5*

John Spragens