# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| **BREE SMITH FRIEDRICHS** | ) | |
| | ) | **Case No. 3:25-cv-01494** |
| **v.** | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Holmes** |
| **SCRIPPS MEDIA, INC. d/b/a WTVF** | ) | |
| **NEWS CHANNEL 5** | ) | |

## O R D E R

On April 17, 2026, Plaintiff Bree Smith Friedrichs filed an amended complaint. (Docket No. 17.) Plaintiff states that she filed her amended complaint "as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B)." (Docket No. 18 at 1.) Upon filing, the amended complaint became the legally operative complaint. *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000). Accordingly, the pending motion to dismiss filed by Defendant Scripps Media, Inc. (Docket No. 10) is rendered moot. The Clerk is therefore **DIRECTED** to **TERMINATE** Defendant's motion to dismiss (Docket No. 10) without prejudice to refiling as to the amended complaint as appropriate.

Defendant must answer or otherwise respond to the amended complaint as directed by Rule 15(a)(3) of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge