# EXHIBIT A

‹ Anti-corruption policy (?id=1759)

Employee Handbook (index)

Code of Conduct › (?id=1760)

## 🔖 Anti-harassment policy

The company strives to maintain a workplace that fosters mutual employee respect and promotes harmonious, productive working relationships. Therefore, the company prohibits harassment of its employees by other employees, customers, vendors or contractors, in any form, including harassment based on race, sex, sexual orientation, gender identity, gender expression, transgender status, gender, color, religion, age, genetic information, disability, national origin or on any other basis which would be in violation of any applicable federal, state or local law. Any such conduct is prohibited, regardless of whether the conduct also violates applicable law.

### *Reporting and investigation procedure*

We expect that everyone will act responsibly to establish a pleasant and friendly work environment. However, if you feel you are being harassed, you are encouraged, but not required, to tell the person engaging in the inappropriate conduct that it is unwelcome, offensive and should stop at once. It is our policy to investigate thoroughly and resolve any known incidents of harassment. In order to accomplish this, harassment must be brought to the attention of management. If you believe you are being harassed or if you are aware of incidents of harassment, communicate your concerns immediately to your supervisor, department head or HR business partner.

All concerns of harassment will be investigated promptly in as confidential a manner as possible. All employees are to cooperate fully with any investigation of workplace harassment. The company will take appropriate action to remedy incidents of harassment. The resolution of the investigation will be communicated to you and the other parties involved, as appropriate.

Retaliation against any employee for filing a complaint or participating in an investigation is strictly prohibited. Any suspected retaliation should be reported to your immediate supervisor, department head or HR business partner.

Sometimes, talking with your supervisor, department head or someone in human resources about your concern is not an option. If you feel that your concern about suspected harassment and/or retaliation has not been or cannot be properly handled, you may bypass these individuals and forward your concern to the ethics line (888-397-4911) or log onto ethicspoint.com.

Employees shall not knowingly or intentionally provide or make an untrue statement of fact regarding a complaint of suspected harassment or retaliation. The company will take appropriate action if it is determined that deliberately false accusations have been made. Employees may not interfere with, hinder or refuse to cooperate with any investigation of workplace harassment.

If any employee feels they are being harassed, they should immediately contact their supervisor, their HR business partner, other manager or contact the ethics line at 513-977-3886, 888-397-4911 or ethicspoint.com (http://secure.ethicspoint.com/domain/en/report_custom.asp?clientid=302).

---

### 🔗 Related Links

---

- Related training: Workplace Harassment Prevention for Employees (https://fed.scrippsnet.com/successfactors/? link=/sf/learning/%3FdestUrl%3Dhttps%253a%252f%252fewscripps%252eplateau%252ecom%252flearning'

EXHIBIT A

- Corrective action (/pagelets/selfservice/selfservice_extended?content=1&id=1738)
- Ethics/legal complaints (/pagelets/selfservice/selfservice_extended?content=1&id=1747)

‹ Anti-corruption policy (?id=1759)

Employee Handbook (index)

Code of Conduct › (?id=1760)



© 2025 The E.W. Scripps Company. All rights reserved.  Privacy Policy (https://scripps.com/privacy-policy/)  Contact Us (/contact_us)

EXHIBIT A