BREE SMITH FRIEDRICHS,

        Plaintiff,

    v.

SCRIPPS MEDIA, INC. d/b/a WTVF
NEWSCHANNEL 5,

        Defendant.

No. 3:25-cv-01494

Judge Eli J. Richardson
Magistrate Judge Barbara D. Holmes.

JURY DEMAND

## MOTION FOR LEAVE TO FILE OVERSIZED RESPONSE BRIEF

Comes now the Plaintiff, Bree Smith Friedrichs ("Ms. Friedrichs"), by and through its undersigned counsel, and pursuant to LR 7.01 and respectfully requests that this Court grant Ms. Friedrichs leave to file an oversized response brief in opposition to Defendant Scripps Media, Inc. d/b/a WTVF NewsChannel 5's ("NewsChannel 5") motion to dismiss. In support of her motion, Plaintiff states the following:

Local Rule 7.01(a)(2) directs that "No memorandum or combined Motion and Memorandum of Law shall exceed twenty-five (25) pages without leave of Court." Defendants on April 29, 2026 filed their Motion to Dismiss and Memorandum in Support, which discounting signatures and certificates of service, comprise twenty-seven (27) pages, including thirty-four (34) footnotes in the Memorandum, many of them containing argument and numerous footnotes.

Local Rule 7.01(a)(3) establishes that a response in opposition "shall not exceed twenty-five (25) pages without leave of Court." To fully respond to Defendants extensive arguments, Plaintiff requires an additional five (5) pages, for a total of 30 pages for its Response in Opposition. Plaintiff's motion is not brought for any improper purposes and the relief sought herein is just and equitable under the circumstances. The relief sought by Plaintiff will not prejudice Defendants.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion for Leave to File an Oversized Response Brief totaling thirty (30) pages.

Dated: May 13, 2026

Respectfully submitted,

John T. Spragens (BPR # 031445)
David O. Kieley (BPR # 031188)
Spragens Law PLC
915 Rep. John Lewis Way South, Suite 100
Nashville, TN 37203
T: 615-983-8900
john@spragenslaw.com
dave@spragenslaw.com

*Attorneys for Plaintiff Bree Friedrichs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

Mary Dohner Smith, TN BPR #021451
mdohner@constangy.com
Rachael Rustmann, TN BPR #037432
rrustmann@constangy.com
Constangy, Brooks, Smith & Prophete, LLP
Highland Ridge 2
555 Marriott Drive, Suite 315
Nashville, TN 37214
Phone: (615) 340-3804

*Attorneys for Defendant Scripps Media, Inc. d/b/a*
*WTVF News Channel 5*