IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BREE SMITH FRIEDRICHS, | No. 3:25-cv-01494 |
| Plaintiff, | |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Barbara D. Holmes. |
| SCRIPPS MEDIA, INC. d/b/a WTVF NEWSCHANNEL 5, | |
| Defendant. | JURY DEMAND |

## MOTION FOR LEAVE TO FILE OVERSIZED RESPONSE BRIEF

Comes now the Plaintiff, Bree Smith Friedrichs ("Ms. Friedrichs"), by and through its undersigned counsel, and pursuant to LR 7.01 and respectfully requests that this Court grant Ms. Friedrichs leave to file an oversized response brief in opposition to Defendant Scripps Media, Inc. d/b/a WTVF NewsChannel 5's ("NewsChannel 5") motion to dismiss. In support of her motion, Plaintiff states the following:

Local Rule 7.01(a)(2) directs that "No memorandum or combined Motion and Memorandum of Law shall exceed twenty-five (25) pages without leave of Court." Defendants on April 29, 2026 filed their Motion to Dismiss and Memorandum in Support, which discounting signatures and certificates of service, comprise twenty-seven (27) pages, including thirty-four (34) footnotes in the Memorandum, many of them containing argument and numerous footnotes.

Local Rule 7.01(a)(3) establishes that a response in opposition "shall not exceed twenty-five (25) pages without leave of Court." To fully respond to Defendants extensive arguments, Plaintiff requires an additional five (5) pages, for a total of 30 pages for its Response in Opposition. Plaintiff's motion is not brought for any improper purposes and the relief sought herein is just and equitable under the circumstances. The relief sought by Plaintiff will not prejudice Defendants.