# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| Bree Smith Friedrichs, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **CASE NO. 3:25-cv-01494** |
| | ) | **Judge Eli J. Richardson** |
| Scripps Media, Inc. d/b/a/ WTVF | ) | **Magistrate Barbara D. Holmes** |
| News Channel 5, | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Pursuant to Local Rule 7.01 (a)(4) of the United States District Court for the Middle District of Tennessee, Defendant Scripps Media, Inc. d/b/a WTVF News Channel 5, ("Defendant") respectfully seeks leave from the Court to extend the page limitations for its Reply in Support of its Motion to Dismiss.

As grounds for this Motion, Defendant states as follows:

1.      On April 29, 2026, Defendant separately filed its Motion to Dismiss and Memorandum of Law in Support thereof. (Docs. 20 & 21). In accordance with this Court's Local Rules, Defendant's separately filed memorandum of law in support complied with the applicable twenty-five (25) page limitation. (Doc. 21).

2.      On May 13, 2026, Plaintiff filed her twenty-nine (29) page Response in Opposition to Defendant's Motion to Dismiss[1] raising at least two additional legal theories not clearly articulated in the Amended Complaint, including waiver and equitable estoppel. (Doc. 24).

---

[1] While Plaintiff filed a motion for leave to file a responsive brief in excess of twenty-five (25) pages (Doc. 23), she failed to comply with Local Rule 7.01(a)(1). Plaintiff did not confer with defense counsel prior to filing her late night motion in which she ironically and wrongfully suggests Scripps failed to comply with Local Rule 7.01(a)(2). As reflected in the official record of the Court, Scripps filed its Motion to Dismiss and Memorandum separately, as expressly permitted. The Local Rule explicitly states that "No memorandum or combined Motion and Memorandum of Law shall exceed twenty-