**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BREE SMITH FRIEDRICHS** | ) | |
| | ) | **Case No. 3:25-cv-01494** |
| **Plaintiff,** | ) | **Judge Eli J. Richardson** |
| | ) | **Magistrate Judge Lynda M. Hill** |
| **v.** | ) | |
| | ) | **Jury Demand** |
| **SCRIPPS MEDIA, INC. d/b/a WTVF NEWSCHANNEL 5,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF RACHAEL RUSTMANN AS ATTORNEY FOR DEFENDANT**

PLEASE TAKE NOTICE that Rachael Rustmann, counsel of record for Defendant in this matter, hereby gives notice of her withdrawal as counsel of record for Defendant.

1. Rachael Rustmann currently appears as counsel of record for Defendant in this matter.

2. Mary Dohner Smith of the Constangy, Brooks, Smith & Prophete law firm, whose address is 535 Marriott Drive, Suite 225, Nashville, TN 37214, and whose email address is mdohner@constangy.com will remain as lead counsel.

3. The requested withdrawal will not prejudice any party, delay the proceedings, or adversely affect the administration of justice.

Accordingly, Rachael Rustmann hereby provides notice of her withdrawal as counsel of record for Defendant in this matter.

[SIGNATURE ON THE NEXT PAGE]

Respectfully submitted,

*/s/Rachael Rustmann*
Rachael Rustmann, TN Bar 037432
Mary Dohner Smith, TN Bar 021451
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Highland Ridge 2
535 Marriott Drive, Suite 225
Nashville, TN 3214
Telephone: (615) 340-3805
rrustmann@constangy.com
mdohner@constangy.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 1st day of October 2026, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF RACHAEL RUSTMANN AS ATTORNEY FOR DEFENDANT** with the Clerk of the Court, which will send electronic notification of such filing to the following:

John T. Spragens
john@spragenslaw.com
David O. Kieley
dave@spragenslaw.com
Spragens Law PLC
915 Rep. John Lewis Way South
Suite 100
Nashville, TN 37203
(615) 983-8900

*s/ Rachael Rustmann*
Rachael Rustmann